DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUSTYN DONTE EASTLING,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2286

[April 15, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah Handel Weiss, Judge; L.T. Case No. 502023CF004763AXX.

Daniel Eisinger, Public Defender, and Ian Seldin, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Kimberly T. Acuña, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Kenyon v. State*, No. 4D2023-1856, — So. 3d —, 2026 WL 681227 (Fla. 4th DCA March 11, 2026).

KUNTZ, C.J., MAY and GERBER, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***